No. 10-7457. Ward Ennis Armstrong, Petitioner v. Shirley Moore Smeal, Acting Secretary, Pennsylvania Department of Corrections, et al.

562 U.S. 1184, 131 S. Ct. 1006, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 825.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7459. Dawn Marie Ball, Petitioner v. State Correctional Institution at Muncy, et al.

562 U.S. 1184, 131 S. Ct. 1006, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 850.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 211.

No. 10-7460. Anthony S. Pignataro, Petitioner v. John Lempke, Superintendent, Five Points Correctional Facility.

562 U.S. 1184, 131 S. Ct. 1006, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 758.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 381 Fed. Appx. 46.

No. 10-7461. Jeffrey O. Bright, Petitioner v. Pennsylvania, et al.

562 U.S. 1184, 131 S. Ct. 1007, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 833.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-7465. Jackie L. Williams, Petitioner v. George T. Hagan, Warden.

562 U.S. 1184, 131 S. Ct. 1007, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 794.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 266.

No. 10-7468. Sergei Korolev, Petitioner v. Kathleen Dickinson, Warden.

562 U.S. 1184, 131 S. Ct. 1008, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 844.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 386 Fed. Appx. 594.

No. 10-7469. Fernando Maldonado, Petitioner v. Eric H. Holder, Jr., Attorney General.

562 U.S. 1184, 131 S. Ct. 1008, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 834.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-7476. Chris McCollough, Petitioner v. Mark Bradt, Superintendent, Elmira Correctional Facility.

562 U.S. 1185, 131 S. Ct. 1008, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 861.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.